

**MEMO ENDORSED**

Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2023

May 11, 2023

BY ECF

Hon. Valerie E. Caproni
United States District Court
40 Foley Square
New York, New York 10007

          RE:   *Zayas v. JLM Venture IV LLC, et al*
                  **22cv9872 (VEC)(OTW)**

Dear Judge Caproni:

      I represent the plaintiff in the above-referenced case and write to request an extension of time to file proof of service of the Court's Order dated May 11, 2017. (*See*, Dkt. #50). Defendant's counsel, Jeffery Meyer, consents to the request.

      Today, the Court issued an Order to serve its Order on Defendant 5 Brothers Gourmet Deli, Inc. and file proof of service by 5 PM. Though, I did serve the Court's Order, I could not file proof of service by 5 PM. Today, I had to take two depositions in White Plains, New York and did not return to my office until after 5 PM. Despite this, immediately upon returning to my office, I served the Court's Order and electronically filed proof of service.

      Thank you very much for your consideration.

                                  Respectfully,

cc:                              /s/ James E. Bahamonde
JLM Venture IV LLC
5 Brothers Gourmet Deli Inc.      James E. Bahamonde, Esq.

---

Plaintiff's extension request represents that he has electronically filed proof of service, but no proof of service has been filed. Plaintiff's counsel must file proof of service, stating at what time service was made, by **12:00 P.M. on May 12, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*      05/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE