

**Law Offices of**
**JAMES E. BAHAMONDE, P.C.**

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/15/2023
```

**MEMO ENDORSED**

May 11, 2023

BY ECF

Hon. Valerie E. Caproni
United States District Court
40 Foley Square
New York, New York 10007

          RE: *Zayas v. JLM Venture IV LLC, et al*
                22cv9872 (VEC)(OTW)

Dear Judge Caproni:

     I represent the plaintiff in the above-referenced case and write to request an extension of time to file proof of service of the Court's Order dated May 11, 2023. (*See*, Dkt. #50). This is Plaintiff's second request for an extension of time. I have asked Defendant's counsel, Jeffery Meyer, if he consents to the request. However, I have not received a response.

     At 11:16 AM, on May 12, 2023, the Court ordered Plaintiff's counsel to file proof of service, stating at what time service was made by 12 PM. (*See*, Dkt. # 52). I was unable to file the proof of service by 12 PM because I did not read the Court's Order until 2:35 PM. I also did not include the time on the proof of service because I am unaware the exact time it was served, but know service occurred between 5:15 PM and 5:40 PM.[1]

     Thank you very much for your consideration.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc:
JLM Venture IV LLC

---

Application GRANTED. By **May 16, 2023**, Plaintiff's counsel must file a sworn affidavit setting forth the estimated time and method of service of the Court's order at Dkt. 50.

SO ORDERED.

05/15/2023

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] The proof of service was drafted in a Word .docx file, which has the time of 5:40 PM.