UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EDWIN ZAYAS, *Individually and on Behalf of all Others Similarly Situated*,

          Plaintiff,

-against-

JLM VENTURE IV LLC, and 5 BROTHERS GOURMET DELI INC.,

          Defendants.

------------------------------------------------------------x

22-CV-9872 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 77. Defendant JLM Venture IV LLC's ("JLM") letter motion to adjourn the conference scheduled for November 7, 2023 is **GRANTED**. The Pre-Settlement Conference Call with Zayas and JLM is adjourned to **November 15, 2023 at 1 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Counsel for Zayas and counsel for JLM are both directed to serve a copy of this order on Defendant 5 Brothers Gourmet Deli Inc. and file proof of service on the docket.

      **SO ORDERED.**

Dated: November 3, 2023
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge