USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EDWIN ZAYAS, Individually and on Behalf of
All Others Similarly Situated,

                            Plaintiff,

          -against-                        22-CV-9872 (VEC)

                                        ORDER

JLM VENTURE IV LLC,

                           Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 26, 2024, the parties appeared for a status conference (the "Conference");

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, Defendant JLM Venture IV LLC's deadline to file any cross-claim against its tenant 5 Brothers Gourmet Deli Inc. is **Friday, February 16, 2024**.

**SO ORDERED.**

Date:  January 26, 2024
         New York, New York

                                                             **VALERIE CAPRONI**
                                                             **United States District Judge**