

**VENABLE** LLP

151 WEST 42ND STREET  49TH FLOOR  NEW YORK, NY 10036
T 212.307.5500  F 212.307.5598  www.Venable.com

May 23, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024

t 212.218.2315
f 212.307.5598
JAMeyer@Venable.com

The Honorable Margaret M. Garnett, U.S.D.J.
United State District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Edwin Zayas v. JLM Venture IV LLC* et al,
Civil No. 1:22-cv-09872 (VEC) (OTW)

Dear Judge Garnett,

As you know, our firm is counsel to JLM Venture IV LLC in the above-referenced matter. This letter is submitted jointly with Plaintiff's counsel. The settlement agreement has been informally assented to by both parties and is now awaiting signature. As such, we ask for an additional seven (7) days to provide for each party to sign.

By background, on April 24, 2024, the Court granted a joint application seeking an extension of time to file a Stipulation of Dismissal and extended the deadline to May 23, 2024. (See Docket dated April 24, 2024).

Thank you for your time and attention to this matter.

Respectfully submitted,

Jeffery A. Meyer, Esq.

cc: James H. Bahamonde, Esq.

Application GRANTED. It is hereby ORDERED that the parties shall file a letter on ECF notifying the Court that the settlement has been finalized and/or file the settlement agreement should they wish the Court to retain jurisdiction for the purposes of enforcing the settlement agreement no later than **May 30, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. No. 99.

SO ORDERED.  Date: 5/24/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE