```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN ZAYAS, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

JLM VENTURE IV LLC, et al.,

                Defendants.

22-CV-09872 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On May 24, 2024, the Court ordered the parties to file a letter regarding the finalization of their settlement in principle (*see* Dkt. No. 95) and/or their settlement agreement should they wish the Court to retain jurisdiction for the purposes of enforcing the settlement agreement, no later than May 30, 2024. *See* Dkt. No. 100. To date, the parties have not filed such a letter or a settlement agreement.

      Accordingly, the Court having been advised at Dkt. No. 95 that all claims asserted herein have been settled in principle, it is hereby ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are cancelled. The Clerk of Court is respectfully directed to close the case.

Dated: June 3, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge